

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.**
and Implicity Management Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

After this court granted Appellants' first motion for a thirty-day extension of time to file the reply brief, it was due on July 20, 2016. *See* TEX. R. APP. P. 38.6(c). On July 13, 2016, Appellants filed an unopposed second motion for extension of time to file the reply brief until August 3, 2016, for a total extension of forty-four days.

Appellants' motion is GRANTED. Appellants' reply brief is due on August 3, 2016. *See id.* R. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

Keith E. Hottle
Clerk of Court